UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KEITH STEWART                                                CIVIL ACTION

versus                                                       NO. 15-59

BURL CAIN, WARDEN                                            SECTION: "K" (3)

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the finding that the Objection to Report and Recommendation (Rec. Doc. 20) filed by Keith Stewart is without merit, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.

The petitioner objects to the Report and Recommendation based on his contention that the sentence he received on March 20, 2013, is subject to habeas relief because it is a life sentence with the benefit of parole which is a sentence term that is not authorized by the Louisiana legislature and is thus for an indeterminate term. The Louisiana legislature must determine the appropriate sentence term and procedural requirements in light of the application of *Miller v. Alabama*, 132 S. Ct. 2455, 2460 (2012) and *Montgomery v. Louisiana*, 136 S. Ct. 718 (2016).

As noted in the Report and Recommendation, the record reflects that the state district court has granted a new motion to correct and vacate an illegal sentence. Initially, that hearing was set for April 13, 2016. From the court record, that re-sentencing was continued to July 18, 2016, because the Louisiana legislature still had not addressed this issue. (See Exh. 1) As such, the Court finds that the Report and Recommendation is correct and notes that the dismissal of this petition is without prejudice to petitioner's ability to seek federal relief with respect to that new sentence, once

any new sentence is final, as long as it is done in a timely manner **after** exhausting his remedies in state courts. Accordingly,

**IT IS ORDERED** that the petition for federal habeas corpus relief filed by **Keith Stewart** is **DISMISSED AS MOOT**.

New Orleans, Louisiana, this 20th day of May, 2016.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**